**Maschoff Brennan**

(435).252.1630
1389 Center Drive #300
Park City, Utah 84111
www.maschoffbrennan.com

C.J. Veverka
cveverka@mabr.com

**BY ECF**

February 13, 2020

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

Re:   *Nam v. Moschino USA, Inc.*, Docket No. 1:19-cv-9462-PGG

Dear Judge Gardephe,

The undersigned lead counsel for Defendant requests that this Court grant him leave to appear at the scheduled pre-trial conference, on Thursday, February 20, 2020, telephonically. The following good cause exists for the request: 1) The parties have come to an agreement regarding all dates and matters in the case management plan; 2) Plaintiff does not oppose the request; and 3) Defendant's counsel resides in Park City, Utah.

Respectfully submitted,

C.J. Veverka

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Feb. 19, 2020